# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

United States of America
v.
CHRIS LEVINE WILLIAMS

Case No: 05-00320-001-CG
USM No: 09279-003

Date of Original Judgment: 01/09/2007
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The defendant's sentence was calculated based on the mandatory minimum of 240 months. The mandatory minimum is still the same under the amended guidelines, so the sentence remains the same.

Except as otherwise provided, all provisions of the judgment dated ____________ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 11/07/2011

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: ____________
*(if different from order date)*

United States District Judge
*Printed name and title*